## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 6:21-CV-01149-ADA

Plaintiff:
**Beteiro, LLC**

vs.

Defendant:
**Morris Mohawk Gaming Group**

For:
Garteiser Honea, PLLC
119 W. Ferguson Street
Tyler, TX 75702

Received by Mike Techow on the 10th day of January, 2022 at 2:32 pm to be served on **Morris Mohawk Gaming Group by serving the Texas Secretary of State, 1019 Brazos, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **11th day of January, 2022 at 3:35 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Two Copies of Summons in a Civil Action and Original Complaint for Patent Infringement with $55.00 Texas Secretary of State Fee** with the date of service endorsed thereon by me, to: **Michelle Robinson, The Texas Secretary of State** as **Authorized Agent** at the address of: **1019 Brazos, Austin, Travis County, TX 78701** on behalf of **Morris Mohawk Gaming Group**, and informed said person of the contents therein, in compliance with state statutes.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on January 11th, 2022 by Mike Techow, declarant.

Subscribed and Sworn to before me on the 11th day of January, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

Mike Techow
PSC-1215, Exp. 7/31/2022

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: MST-2022000239
Ref: Morris Mohawk