UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BETEIRO, LLC,**<br><br>　　　　Plaintiff<br><br>　　v.<br><br>**MORRIS MOHAWK GAMING GROUP,**<br><br>　　　　Defendant | Case No. 6:21-cv-01149-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Beteiro, LLC respectfully submits this notice of voluntary dismissal without prejudice as to all Defendants.  As of the time of filing of this Notice, no Defendant has served an Answer or Motion for Summary Judgment.

Dated:  April 20, 2022

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　　*/s/ M. Scott Fuller*
　　　　　　　　　　　　　　　　　　　　　　M. Scott Fuller
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24036607
　　　　　　　　　　　　　　　　　　　　　　　sfuller@ghiplaw.com
　　　　　　　　　　　　　　　　　　　　　　Randall Garteiser
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038912
　　　　　　　　　　　　　　　　　　　　　　　rgarteiser@ghiplaw.com

　　　　　　　　　　　　　　　　　　　　　　**GARTEISER HONEA, PLLC**
　　　　　　　　　　　　　　　　　　　　　　119 W. Ferguson Street
　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 705-7420

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　　　　　**BETEIRO, LLC**